# **The DeHaan Law Firm** P.C.

JOHN W. DeHAAN, ESQ.
WWW.DEHAAN-LAW.COM

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

April 3, 2026

> This request is GRANTED.  SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> United States Magistrate Judge
> April 6, 2026

**Via ECF**
Hon. Jennifer E. Willis, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:    **Marti v. Bisignano, Comm'r of Soc. Sec.**
>         **Docket No.: 1:25-CV-10233-AS-JW**

Dear Magistrate Judge Willis:

I represent the plaintiff, Juan M. Alcantara Marti, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Jonathan King from the Office of General Counsel represents the Commissioner.

In accordance with Your Honor's Individual Practice Rules and Local Social Security Rule 4.1, I write to request a 30-day adjournment of the briefing schedule in this case. If granted, the schedule would change as follows:

|  | **Current Deadline** | *New Deadline* |
|---|---|---|
| Plaintiff to Send Settlement Proposal | April 10, 2026 | *May 11, 2026* |
| Parties to File Stip/Report Re: Settlement Defendant to File AR | May 11, 2026 | *June 10, 2026* |
| Plaintiff to Serve/File Motion | June 10, 2026 | *July 10, 2026* |
| Defendant to Serve/File Response | Aug. 9, 2026 | *Sept. 8, 2026* |
| Plaintiff to Serve/File Reply | Aug. 30, 2026 | *Sept. 29, 2026* |

I make this request because I have had, and still have, multiple other deadlines in other cases which make it impossible for me to review Mr. Marti's file to prepare the detailed settlement proposal by the current deadline. Due to the backlog caused by the Government shutdown last fall, I have faced an unusually high number of conflicting deadlines. In addition, I note that the Administrative Record in this case is quite voluminous at 2,750 pages, which will take longer to fully review.

**THE DEHAAN LAW FIRM P.C.**                                                     Page 2 of 2

Hon. Jennifer E. Willis, U.S. Magistrate Judge
*Re:*     *Marti v. Bisignano, Comm'r of Soc. Sec.*
          *Docket No.: 1:25-CV-10233-AS-JW*
April 3, 2026

_____

       I have consulted with Mr. King, and he consents to this request. There have been no prior requests for an adjournment of any of these deadlines.

       Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**

By:    /s/ *John W. DeHaan*

           John W. DeHaan, Esq.
           jdehaan@dehaan-law.com

cc:    Jonathan King, OGC (Via ECF)